UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HOWARD ARNOLD, for himself
and all others similarly situated,
JIMMY JARAMILLO, for himself
and all others similarly situated,
GARY WISE, for himself and
all others similarly situated,

    Plaintiffs,

v.                                                      NO. 09-CV-0330 JB/WDS

FARMERS INSURANCE COMPANY
OF ARIZONA, an Arizona corporation;
FARMERS GROUP, INC., a Nevada
corporation,

    Defendants.

### MOTION FOR SUMMARY JUDGMENT DECLARING UNINSURED MOTORIST PROPERTY DAMAGE COVERAGE IS APPLICABLE TO THE PLAINTIFFS' LOSSES

COME NOW the Plaintiffs, by and through their attorneys of record, Geoffrey R. Romero and Matthew L. Garcia, and hereby move this Court for an entry of Summary Judgment declaring that the uninsured motorist property damage coverage of the Plaintiffs' policies were in effect for the property damage losses complained of herein. As grounds therefore, Plaintiffs state:

    1.    On February 6, 2005, Plaintiff Jimmy Jaramillo sustained a loss of, and damage to a Bobcat tractor situated on a heavy equipment trailer, when the equipment was stolen by unidentified persons.

    2.    The equipment is of the sort that could not have been removed without the use of a motor vehicle, a heavy equipment trailer and Bobcat tractor.

3. The identity of the operator of the motor vehicle who intentionally or negligently caused the loss of property to Mr. Jaramillo remains unknown.

4. Mr. Jaramillo's property was later recovered, having sustained significant damage, rendering the Bobcat tractor no longer fit for the purpose the equipment was utilized.

5. On December 5, 2005, Plaintiff Howard Arnold was the owner of an ATV (four-wheeler vehicle).

6. On said date, Mr. Arnold had the four-wheeler in the back of his pickup truck, transporting the same related to a hunting trip from which he was returning.

7. Following the hunting trip, Mr. Arnold stopped at a local restaurant/tavern, parking his truck, with the four-wheeler in the bed thereof, in the parking lot of the establishment.

8. While in the restaurant/tavern other patrons witnessed, via a security monitor, one or more persons back another pickup truck to the rear of Mr. Arnold's pickup. The person or persons operating the second pickup truck then opened the tailgates of both trucks, and rolled the four-wheeler from the bed of Mr. Arnold's pickup to the bed of the second pickup truck.

9. The unknown tortfeasor(s) utilized a motor vehicle to cause the loss of property to Mr. Arnold.

10. The identity of the operator of the motor vehicle who negligently or intentionally caused the loss of property to Mr. Arnold remains unknown.

11. On December 16, 2004, Plaintiffs Gary and Shirley Wise were the owners of an ATV (four-wheeler vehicle).

12. On said date, the Wises had the four-wheeler parked on the rear porch of their home.

13. Mr. Wise returned home from work at approximately 7:00 a.m., and discovered his four-wheeler was missing.

14. Mr. Wise found tracks of the four-wheeler, demonstrating it was pushed from the back porch to the street.

15. Mr. Wise found the four-wheeler tracks led up to a second set of tire tracks, smaller, which appeared to be the tire tracks of a trailer.

16. The existence of tire tracks of the four-wheeler leading up to, but not continuing past, tire tracks of a small trailer lead to the reasonable inference that the unknown tortfeasor(s) utilized a motorized vehicle hauling a trailer to remove the four-wheeler from the Wises' home.

17. The unidentified operator of the motor vehicle utilized the same to negligently or intentionally cause a loss of property to the Wise Plaintiffs.

18. On February 6, 2005, Plaintiff Jaramillo was insured by an insurance policy with Farmers Insurance Company of Arizona which provided uninsured motorist for property damage coverage.

19. On December 5, 2005, Plaintiff Arnold was insured with a policy of insurance with Farmers Insurance Company of Arizona which provided uninsured motorist for property damages coverage.

20. On December 16, 2004, Plaintiffs Wise were insured with a policy of insurance with Farmers Insurance Company of Arizona which provided uninsured motorist property damage coverage.

21. As more fully described in the attached Brief in Support of Plaintiffs' Motion for Summary Judgment, each of the Plaintiffs' Farmers insurance policies contain the same language providing uninsured motorist coverage for property damages.

22. As more fully described in Plaintiffs' Brief in Support of Plaintiffs' Motion for Summary Judgment, each of the policies issued by Farmers Insurance did not contain exclusions of coverage for the losses sustained by Plaintiffs, or contained exclusions not found in the Uninsured Motorist Act which renders them invalid and against public policy.

23. Farmers has denied uninsured motorist property damage coverage to Plaintiffs on grounds which are invalid.

24. Because the Plaintiffs sustained property damage or loss, including loss of use as a result of negligent or intentional acts of unknown/uninsured motorist, who caused such loss through the use of a motor vehicle, the Plaintiffs are entitled to coverage under the uninsured motorist property damage coverage of their Farmers policies.

25. Due to the nature of this Motion, concurrence of opposing counsel was not sought.

26. A Brief in Support of Plaintiffs' Motion for Summary Judgment is submitted concurrently with the Motion.

**WHEREFORE,** Plaintiffs respectfully request the Court enter summary Judgment finding that the policies issued by Farmers Insurance Company of Arizona provide uninsured motorist property damage coverage for the losses described herein which are the subject of the instant suit, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

**LAW OFFICES OF GEOFFREY R. ROMERO, ESQ.**

*/s/ Geoffrey R. Romero*
Geoffrey R. Romero, Esq.
*Co-counsel for Plaintiffs*
4801 All Saints Road NE
Albuquerque, NM 87120
(505) 247-3338

and

*/s/ Geoffrey R. Romero for*
Matthew L. Garcia, Esq.
Bach & Garcia, LLC
*Co-counsel for Plaintiffs*
300 Central SW, Ste. 2000-East
Albuquerque, NM 87120
(505) 899-1030

## CERTIFICATE OF SERVICE

I certify that I filed this Motion for Summary Judgment and Certificate of Service electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Respectfully submitted,

Geoffrey R. Romero, Esq.
*Co-counsel for Plaintiffs*
4801 All Saints Road NE
Albuquerque, NM 87120
(505) 247-3338